

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8651

December 19, 2017

**By ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

    Re:    *Zappin v. Doyle*
            S.D.N.Y. No. 17 Civ. 8837 (KPF) (AJP)

Dear Judge Failla:

Pursuant to the Court's order dated December 18, 2017 (ECF No. 55), State Defendants[1] respectfully propose the following briefing schedule for Plaintiff Anthony Zappin's motion for a preliminary injunction:

| | |
|---|---|
| Jan. 12, 2018 | State Defendants' Last Day to Oppose Plaintiff's Motion for a Preliminary Injunction |
| Jan. 26, 2018 | Plaintiff's Last Day to Submit His Reply, If Any, In Support of His Motion for a Preliminary Injunction |

State Defendants reserve the right to assert all applicable defenses, including insufficient service of process and lack of subject matter jurisdiction.

---

[1] The named State Defendants are Kevin M. Doyle, a staff attorney of the Attorney Grievance Committee of the Appellate Division, First Department; Ernest Collazo, an Attorney Grievance Committee panel chairman; Justices Deborah A. Kaplan and Matthew F. Cooper of Supreme Court, New York County; Presiding Justice Rolando T. Acosta and Justice Peter H. Moulton of the Appellate Division, First Department; Chief Administrative Judge Lawrence K. Marks; the Justices of the Appellate Division, First Department; and Robert Tembeckjian, Administrator and Counsel of the New York State Commission on Judicial Conduct.

We appreciate Your Honor's continued attention to this matter.

Respectfully submitted,

Michael A. Berg
Assistant Attorney General

cc:	Anthony Zappin, Esq.
	Patricia Bailey, Esq.